UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 10-8308 ODW(AGRx) | Date | February 15, 2011 |
|---|---|---|---|
| Title | Board of Trustees of the Sheet Metal Workers' Pension Plan of Southern California, Arizona and Nevada et al v. Metal Installation Services, Inc. et al | | |

Present:  The Honorable Otis D. Wright II, United States District Judge

| Raymond Neal | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings (IN CHAMBERS):**     Order to Show Cause re Dismissal for Lack of Prosecution

Plaintiff is ordered to show cause in writing no later than **Tuesday, March 1, 2011** why this action should not be dismissed for lack of prosecution as to defendant(s). Default against defendant(s) was entered by the Clerk on February 9, 2011 [8].

The Court will consider the filing of the following as an appropriate response to this OSC, on or before the above date:

### 1. Plaintiff's filing of a noticed motion for entry of default judgment.

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and L.R. 7-15, no oral argument of this Order to Show Cause will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff(s) is due. Failure to respond to the Court's order may result in the dismissal of this action.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | RGN | |