LAURIE A. TRAKTMAN (SBN 165588)
email: lat@gslaw.org
GILBERT & SACKMAN
A LAW CORPORATION
3699 Wilshire Boulevard, Suite 1200
Los Angeles, California 90010
Tel: (323) 938-3000
Fax: (323) 937-9139

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' HEALTH PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL JOINT APPRENTICESHIP AND TRAINING COMMITTEE; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' LOCAL 105 RETIREE HEALTH PLAN; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL WORKERS' 401(A) PLAN; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION, LOCAL UNION NO. 105 UNION DUES CHECK-OFF FUND; AND BOARD OF TRUSTEES OF THE SHEET METAL INDUSTRY FUND OF ORANGE EMPIRE,<br><br>    Plaintiffs, | Case No. 2:10-cv-08308-ODW-AGR<br><br>**RENEWAL OF JUDGMENT BY CLERK** |

v.

METAL INSTALLATION SERVICES;
JOSEPH DEAN PEBLEY, individual,

    Defendants.

    Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320, and for good cause appearing, thereon,

    The judgment to and against Metal Installation Services and Joseph Dean Pebley, jointly and severally, the Order for Stipulation of Judgment entered on April 12, 2012 is hereby renewed in the amounts set forth below:

    Renewal of money judgment:

    a.    Total judgment: $93,630.72

    b.    Costs after judgment: $0.00

    c.    Attorneys fees: $0.00

    d.    Subtotal (add a, b, and c): $93,630.72

    e.    Credits after judgment: $50,785.90

    f.    Subtotal (subtract e from d): $42,844.82

    g.    Interest after judgment: $51,315.18 (This amount was calculated to reflect the 12% post-Judgment interest rate pursuant to the original Judgment entered April 12, 2012).

    h.    Fee for filing renewal application: $0.00

    i.    Total renewed judgment (add f, g, and h): $94,160.00

Dated: 4/6/2022     By Clerk of Court: _____
Kiry K. Gray     Deputy Clerk, US District Court

DECLARATION OF SERVICE BY MAIL

STATE OF CALIFORNIA        )
                           ) ss.
COUNTY OF LOS ANGELES      )

  I, the undersigned, am a citizen of the United States and a resident of the County of Los Angeles, over the age of eighteen years and not a party to the within proceeding; my business address is GILBERT & SACKMAN, A Law Corporation, 3699 Wilshire Boulevard, Suite 1200, Los Angeles, California 90010-2732.  On April 5, 2022, I served the within RENEWAL OF JUDGMENT, by depositing a true and correct copy thereof, enclosed in a sealed envelope with postage fully prepaid, in a mailbox regularly maintained by the government of the United States at Los Angeles, California, addressed as follows:

Metal Installation Service, Inc.

14423 Carnell St.

Whittier, CA 90603


Joseph Dean Pebley

14423 Carnell St.

Whittier, CA 90603


  I declare under penalty of perjury that the foregoing is true and correct and was executed by me on April 5, 2022, at Los Angeles, California.

*M. Tijerina*
_____
  Marisa Tijerina, Declarant